## Wallace *against* Cooper.

An application to take off a nonsuit, suffered when the cause was called for trial, is to the discretion of the court below, and their refusal to take it off is not the subject of a writ of error.

ERROR to *Venango* county.

This cause was at issue and called for trial ; the plaintiff did not appear, and the court ordered a nonsuit. At a subsequent term, the plaintiff obtained a rule to show cause why the nonsuit should not be taken off, on the grounds that the plaintiff's claim was meritorious, that he did not know that the cause was for trial, and that another action would be barred by the statute of limitation. The court refused the plaintiff's motion.

[Wallace v. Cooper.]

*Wallace* and *Selden,* for plaintiff in error.
*Pearson* and *Banks,* for defendant in error.

PER CURIAM.—The cause being regularly called for trial, no person appeared on the part of the plaintiff; so that the nonsuit entered may be said to have been suffered voluntarily, and it is consequently not the subject of a writ of error. The remedy was an application to the discretion of the court, on a proper ground laid ; and however we may consider the facts set out in the plaintiff's affidavit, it is not our province to relieve him.

Judgment affirmed.